IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD J. WILLIAMS,                              No. 2:07-CV-02726-NRS

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS

## ORDER

On December 17, 2009, Petitioner, Clifford J. Williams, moved for an appointment of counsel. The Court denies this motion because there are no exceptional circumstances to justify the Court's appointment of counsel. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 17, 2009 motion for appointment of counsel is denied.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



DATED: **December 21, 2009**

*N. Randy Smith*
_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge